YORK MORTGAGE COMPANY v. ALFRED B. CARLEIGH & CO., INC., and Others, Impleaded, etc., and GENNARO MILANESE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of LOUIS J. MARMELSTEIN against MAX C. SELTZER, as Secretary, and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JULIUS LEVY v. JOHN BLUSH, as Executor, etc., Impleaded with EDWIN R. WEBER, as Executor, etc., of MARTIN M. GOODMAN, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALLAN H. KERR v. CUNARD STEAMSHIP COMPANY, LTD.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDWARD N. JOHNSTON and Another v. CHARLES S. PAYSON and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK v. BANKERS TRUST COMPANY and MIDWOOD TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — McAvoy, Merrell, O'Malley and Townley, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK v. BANKERS TRUST COMPANY, Impleaded with MIDWOOD TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — McAvoy, Merrell, O'Malley and Townley, JJ.

ROBINS DRY DOCK AND REPAIR COMPANY v. NAVIGAZIONE LIBERA TRIESTINA, S. A., Impleaded with MORAN TOWING & TRANSPORTATION Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

GRACE HERLIHY v. INDEPENDENCE STATE BANK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

JOSEPH CHERNOW and Others v. HARRY FELDMAN, as President of NEWSPAPER AND MAIL DELIVERIERS' UNION OF NEW YORK AND VICINITY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.